COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Jerry Valdez v. Progressive County Mutual Insurance
                         Company and Robert Stratton

Appellate case number:   01-14-00546-CV

Trial court case number: 2013-CI-14065

Trial court:             57th District Court of Bexar County

On January 15, 2015, we granted the appellees' motion to dismiss this appeal for want of prosecution after appellant failed to timely respond to the Court's order and Clerk's notice that this appeal was subject to dismissal for appellant's failure to timely file an amended brief. On January 30, 2015, appellant, Jerry Valdez, through counsel, filed his amended appellate brief, with citations to the record, within the time to file a motion for rehearing. However, appellant has failed to file a motion for rehearing seeking reinstatement or an extension of time. *See* TEX. R. APP. P. 38.6(d), 49.1.

If an appellant fails to timely file a brief, or amended brief in this case, we may dismiss the appeal for want of prosecution unless the appellant reasonably explains the failure and the appellee is not significantly injured by the appellant's failure to timely file a brief. *See* TEX. R. APP. P. 38.8(a)(1); *Verburgt v. Dorner*, 959 S.W.2d 615, 616-17 (Tex. 1997). Accordingly, unless appellant files a motion for rehearing seeking reinstatement of this appeal, along with a motion for an extension of time to file his amended brief reasonably explaining his failure to timely respond to the Court's order and Clerk's notice, **within 10 days of this order, appellant's amended brief will be stricken.** *See* TEX. R. APP. P. 38.9(a), 42.3(c).

It is so ORDERED.

Judge's signature:/s/ Evelyn V. Keyes
                         ☒ Acting individually    ☐ Acting for the Court
Date:  2/24/15